JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:	541-593-4452
Email:	jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY SHARLENE JOSEPH-STEWART, )<br>)<br>    Plaintiff                         )<br>)<br>v.                                         )<br>)<br>CAROLYN W. COLVIN,           )<br>Acting Comm'r of Social Security,  )<br>)<br>    Defendant                       )<br>)<br>_____ ) | Case No.  2:16-cv-00975-CMK<br><br>**STIPULATION AND<br>ORDER FOR EXTENSION OF TIME<br>TO FILE PLAINTIFF'S MOTION<br>FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to November 3, 2016, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested due to workload issues.  Plaintiff's counsel has four briefs due on the same day as this one and must extend a couple of them.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: October 6, 2016

JACQUELINE A. FORSLUND
Attorney at Law

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date:  October 5, 2016

PHILIP A. TALBERT
Acting United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

*/s/Sundeep Patel*
SUNDEEP PATEL
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

## ORDER

APPROVED AND SO ORDERED

Dated:  October 27, 2016

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

**Joseph-Stewart v. Colvin**          **Stipulation and Proposed Order**          **E.D. Cal. 2:16-cv-00975-CMK**