PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SUNDEEP PATEL, CSBN 242284
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8981
    Facsimile: (415) 744-0134
    E-Mail: Sundeep.Patel@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| TERRY SHARLENE JOSEPH-STEWART, | Case No.: 2:16-cv-00975-CMK |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    Pursuant to the Parties' Stipulation for Extension of Time, IT IS HEREBY ORDERED that Defendant has until February 3, 2017, to submit her response to Plaintiff's Motion for Summary Judgment. All other dates in the Scheduling Order (ECF no. 4) shall be extended accordingly.

Dated:  December 9, 2016

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order; Case No.: 2:16-cv-00975-CMK