IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY SHARLENE JOSEPH-STEWART,   No. 2:16-CV-0975-CMK

    Plaintiff,

    vs.   ORDER

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

/

    Plaintiff, who is proceeding with retained counsel, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security. Pending before the court is the parties' stipulation (Doc. 22) for an extension of time to file plaintiff's reply brief. Good cause appearing therefor, the stipulation is approved and time is extended. Plaintiff's reply is due by April 26, 2017.

    IT IS SO ORDERED.

DATED: April 14, 2017

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1